IN THE MATTER OF THE TOWN OF IRVINGTON v. IRVINGTON POLICEMEN'S BENEVOLENT ASSOCIATION, LOCAL # 29.

Feb. 11, 1980. Petitions for certification denied. (See 170 *N.J.Super.* 539)

TOWNSHIP OF DOVER v. LAURENCE HECKER.

Feb. 11, 1980. Petition for certification denied.

TOWNSHIP OF DOVER v. LAURENCE HECKER.

Feb. 11, 1980. Cross-Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM EDWARD YOUNG.

Feb. 11, 1980. Petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration of the retroactive application of the principles of *United States v. Chadwick,* 433 *U.S.* 1, 97 *S.Ct.* 2476, 53 *L.Ed.*2d 538 (1977) and *Arkansas v. Sanders,* 442 *U.S.* 753, 99 *S.Ct.* 2586, 61 *L.Ed.*2d 235 (1979) in the light of this Court's determination in *State v. Howery,* 80 *N.J.* 563 (1979). Jurisdiction is not retained.

STATE OF NEW JERSEY v. BERNARD LAUFGAS.

Feb. 11, 1980. Petition for certification denied.